MARY S. WILLIAMS v. GARWOOD MILLS.

March 13, 1979. Petition for certification denied.

E. A. WILLIAMS, INC.

v.

RUSSO DEVELOPMENT CORP.

March 13, 1979. Petition for certification granted.

STATE OF NEW JERSEY v. ELBERT WALKER.

March 13, 1979. Petition for certification denied.

STATE OF NEW JERSEY v. DAREL ASHLEY.

March 13, 1979. Petition for certification denied.

STATE OF NEW JERSEY v. DAREL ASHLEY.

March 13, 1979. Cross-Petition for certification denied.

STATE OF NEW JERSEY IN THE INTEREST OF A. B.

March 13, 1979. Petition for certification denied.